THOMAS N. STEWART, III - #88128  
ATTORNEY AT LAW  
369 BLUE OAK LANE, 2nd FLOOR  
CLAYTON, CA 94517  
TELEPHONE (925) 672-8452  
TELEFAX (925) 673-1729  
Attorneys for Rodger Robinson  

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODGER ROBINSON, | Case No. 2:06-CV-212-LKK-KJM |
| Plaintiff, | STIPULATION OF DISMISSAL; ORDER |
| v. | |
| NGOC PHAM, LINDA CAO, | |
| Defendant. | |

The parties hereto stipulate as follows:

The parties have reached a full and final settlement of all issues in this action. A Settlement Agreement between the parties has been fully executed.

Some parts of the Settlement Agreement are to be performed in the future. The parties shall comply with their Settlement Agreement, a copy of which is incorporated by reference as if fully set forth. The parties request the Court to retain jurisdiction until October 1, 2007 in order to enforce the terms of the Settlement Agreement under the authority of *Kokkonen v. Guardian Life Insurance Co. Of America,* 511 U.S. 375, 381-82 (1994).

Although the parties are hereby dismissing this action with prejudice, they agree that

2:06-CV-212-LKK-KJM                                                  1

the Court will retain jurisdiction over this action and the parties hereto in order to be able to enforce the terms of the Settlement Agreement.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that this action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(2), and the Court retains jurisdiction to enforce the terms of the Settlement Agreement until October 1, 2007.

Date:   June 27, 2006                                               Date:  June 30, 2006

_S/James B. Macy_____                           __S/Thomas N. Stewart, III_____
Attorney for Defendants                                       Attorney for Plaintiff


IT IS SO ORDERED:

Date: July 5, 2006

_____
Lawrence K. Karlton
Senior Judge