1  James B. Macy [SBN 071777]
   LAW OFFICES OF JAMES B. MACY
2  Attorney at Law
   7309 Stockton Boulevard, Suite B
3  Sacramento, CA 95823

4  916-392-5685
   916-392-5687 (FAX)
5
   Attorney for LINDA CAO dba SHOP N BUY
6
                       UNITED STATES DISTRICT COURT
7
                       EASTERN DISTRICT OF CALIFORNIA
8
                            SACRAMENTO DIVISION
9
                                --oo0oo--
10

11 | RODGER ROBINSON,                         | Case No. 2:06-CV-212-LKK-KJM
12 |         Plaintiff,                       | **STIPULATION TO MODIFY**
   | v.                                       | **STIPULATION OF DISMISSAL;**
13 |                                          | **ORDER**
14 | LINDA CAO, et. al.,
15 |         Defendants.
   | _____/
16

17      The parties hereto stipulate as follows:

18      The Court shall retain jurisdiction over this action and the parties hereto in order to

19 enforce the terms of the Settlement Agreement until June 1, 2008.

20 Date.  5/8/07                              Date: 5/8/07

21

22 _/S/ James B. Macy                         _/S/ Thomas N. Stewart III

23

24 by: JAMES B. MACY                          by: THOMAS N. STEWART III

25 Attorney for Defendant                     Attorney for Plaintiff

26
   _____
27

28 **STIPULATION TO MODIFY STIPULATION FOR
   DISMISSAL; ORDER**                                                    Page 1

1 | IT IS SO ORDERED:

2 |

3 | Date:     May 9, 2007

    *[signature]*
    LAWRENCE K. KARLTON
4 | SENIOR JUDGE
5 | UNITED STATES DISTRICT COURT

6 |
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 | _____

28 | **STIPULATION TO MODIFY STIPULATION FOR DISMISSAL; ORDER**                                              Page 2